```
1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  855 Marina Bay Parkway, Suite 210
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

        Plaintiff,

Vs.

Costas Bournazos, et al.,

        Defendants.

Case Number 22-4686 AGT

STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(Proposed)~~ ORDER

Plaintiff Richard Sepulveda, and defendants Costas Bournazos and Sophie Bournazos (together, "Defendants"), by and through their respective attorneys of record (attorney for Plaintiff is Richard A. Mac Bride; attorney for Defendants is Jason G. Gong), hereby stipulate as follows:

1. Plaintiff and Defendants have entered into a written Settlement Agreement and General Release in this matter whereby Plaintiff deemed resolved all claims as against all Defendants, and agreed to the dismissal of the above-captioned action with prejudice with regard to Defendants, all parties to bear their own respective attorney fees and costs.
2. This written settlement agreement was entered into by Plaintiff and Defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all parties and all causes of action.

1  Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride <u>/s/ Richard A. Mac Bride</u>

2  Attorney for Plaintiff Richard Sepulveda                                            12/21/2022

3  Law Office of Jason G. Gong – By: Jason G. Gong <u>/s/ Jason G. Gong</u>

4  Attorney for Defendants Costas Bournazos and Sophie Bournazos        12/21/2022

## FILER'S ATTESTATION

I hereby attest that on December 21, 2022, I, Richard A. Mac Bride, the attorney of record for Plaintiff herein, received the concurrence of attorney Jason G. Gong, in the filing of this document.

<u>/s/ Richard A. Mac Bride</u>

Richard A. Mac Bride

~~[PROPOSED]~~ ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Richard Sepulveda v. Costas Bournazos, et al., Case No. C 22-4686 AGT, is dismissed with prejudice with respect to all parties, with each party to bear his own attorney's fees and costs.

Date: December 22, 2022

Alex G. Tse
United States Magistrate Judge